**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 5983

---------------------------------------X
MBIA, Inc.
113 King Street
Armonk, NY 10504
              Plaintiff
      vs.

SERVICEFORCE, INC.
333 Meadowlands Pkwy #1
Secaucus, NJ 07094

        and

CONTROL HOLDING GROUP, INC.
d/b/a SERVICEFORCE, INC.
333 Meadowlands Pkwy #1
Secaucus, NJ 07094

              Defendants
---------------------------------------X

DOCKET NO.

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Hartford Steam Boiler Inspection and Insurance Company, The Hartford Insurance Co. (the real parties in interest as subrogees of MBIA, Inc.) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    CAPMAC Holdings, Inc.
    MBIA Security Corp.

Date: New York, New York
       June 27, 2008

                                        _____
                                        Thomas J. Bracken, Esq. **(TJB/8315)**

TO:

SERVICEFORCE, INC.
333 Meadowlands Pkwy #1
Secaucus, NJ  07094

CONTROL HOLDING GROUP, INC.
d/b/a SERVICEFORCE, INC.
333 Meadowlands Pkwy #1
Secaucus, NJ  07094